**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**
**(PHILADELPHIA)**

| | |
|---|---|
| IN RE: | CHAPTER 13 |
| **Christopher J Cannon** | CASE NO.: 23-13032-djb |
| Debtor | |

**CERTIFICATION OF DEFAULT**

NOW COMES the Movant, NewRez LLC d/b/a Shellpoint Mortgage Servicing as servicer for Federal Home Loan Mortgage Corporation, as Trustee for the benefit of the Freddie Mac Seasoned Credit Risk Transfer Trust, Series 2024-2 ("Movant"), by and through its attorneys, Hill Wallack LLP, who file this Certification of Default upon the following:

1. A Motion for Relief from Stay was filed by Movant on March 6, 2025, at Document No. 44.

2. Debtor thereafter filed an objection to the Motion for Relief from Stay on March 10, 2025, at Document No. 46.

3. On or about June 10, 2025, the Debtor and Movant entered into a certain Stipulation in Settlement of the Motion for Relief from Stay wherein the Debtor agreed that the arrears would be added to the plan and to remain current on all regular post-petition monthly mortgage payments commencing June 1, 2025. A true and correct copy of the Stipulation is attached hereto and made a part hereof as Exhibit "A."

4. On or about June 13, 2025, the Court entered an Order approving the Stipulation at Document No. 57.

5. The Stipulation provided that should the monthly payments not be remitted on the date due, Movant shall send Debtor and Debtor's counsel a written Notice of Default of the Stipulation. If the default is not cured within fifteen (15) days of the date of the Notice, counsel shall file a Certification of Default with the Court and the Court shall enter an Order

granting relief from the Automatic Stay, waiving FED. R. Bankr. P. 3002.1 and waiving Rule 4001 (a)(3) so that the Relief Order is immediately effective and enforceable. *See* Stipulation at ¶ 6.

6. The Debtor failed to make the payments required under the Stipulation beginning with the payment due on August 1, 2025.

7. A Notice of Default was sent to Debtors and their counsel on September 25, 2025. A true and correct copy of letter dated September 25, 2025, is attached hereto as Exhibit "B."

8. As of December 4, 2025, the Debtor has failed to bring said post-petition arrears current such that the Debtor remains in default under the Stipulation. More specifically, Debtor's account is past due for the payments due from August 1, 2025, through December 1, 2025 in the amount of $10,537.22 less suspense in the amount of $22.46, for a total of $10,514.76. A true and correct copy of the post-petition ledger is attached hereto as Exhibit "C".

9. As such, Movant respectfully requests that the attached Order in connection with the Motion for Relief from Stay be entered.

        Hill Wallack LLP

        By: */s/ Aleksandra K. Fugate*
           Aleksandra K. Fugate, Esq.
           Hill Wallack LLP
           Attorneys for Secured Creditor.
           261 Madison Avenue, 9th Floor
           New York, NY 10016
           Email: afugate@hillwallack.com