**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | |
| Christopher J Cannon | : | Chapter 13 |
| | : | Case No.: 23-13032-DJB |
| Debtor | : | |

## MOTION TO SELL REAL PROPERTY FREE AND CLEAR OF LIENS AND ENCUMBRANCES

Debtor, Christopher J Cannon, by and through Attorney Brad J. Sadek, hereby moves this Honorable Court to Sell their Real Property under Eastern District of Pennsylvania Local Rule 6004-1 and Section 363 of the United States Bankruptcy Code and in support thereof aver the following:

1. Debtor filed the Chapter 13 Bankruptcy Petition on October 06, 2023.

2. The subject real property is located at 3369 Woodland Cir., Huntingdon Valley, PA 19006 (the "Property").

3. The Debtor holds fifty percent (50%) interest in the Property.

4. The Debtor believes it to be in his best financial interest to sell the property.

5. In furtherance of the sale, the debtor retained the services of Hanna Schultz of Coldwell Banker Realty.

6. On or about June 10, 2026, The Seller entered into an Agreement of Sale of the property in the amount of $455,000.  A true and correct copy of the Agreement of Sale is attached hereto and labeled as **Exhibit "A."**

7. The settlement date for the sale of the subject property is scheduled for July 31, 2026.

8. The buyer, Alina Bogdonova, is not an insider of the Seller's and the sale represents an arms-length transaction between the parties, made without fraud and/or collusion.

9. NewRez LLC, holds a mortgage in the approximate amount of $383,264.00.

10. Village at Huntingdon Valley Condominium Association holds a mortgage in the approximate amount of $20,960.48.

11. Debtor is desirous of satisfying the outstanding balance of their Chapter 13 Plan upon sale of the subject real property.

**WHEREFORE**, Debtors, by and through the undersigned counsel, respectfully request this Honorable Court to enter an Order: (i) Granting this Motion, (ii) Authorizing the Debtor to sell the Property to the proposed buyer under the terms of that Agreement for the Sale of Real Estate free and clear of liens, claims interests and encumbrances, and, (iii) Granting the Debtor such other and further relief to which they may be justly entitled.

Dated: June 26, 2026

/s/Brad J. Sadek, Esq
Brad J. Sadek, Esq.
Attorney for Debtor(s)
Sadek Law Offices, LLC
1500 JFK Boulevard, Suite #220
Philadelphia, PA 19102
brad@sadeklaw.com
215-545-0008