**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**
**(PHILADELPHIA)**

| | |
|---|---|
| IN RE:<br><br>Christopher J Cannon<br><br><br>Debtor(s). | CHAPTER 13<br><br>CASE NO.: 23-13032-djb |

**LIMITED RESPONSE TO**
**DEBTOR'S MOTION TO SELL REAL PROPERTY**

Comes now, NewRez, LLC as servicer for Federal Home Loan Mortgage Corporation as Trustee for Freddie Mac Seasoned Credit Risk Transfer Trust, Series 2023-1 ("Secured Creditor"), by and through undersigned counsel and states in response to Debtors' Motion for an Order allowing the sale of real property the following

1. Secured Creditor, is a secured creditor that holds a valid lien against the subject real property known as 3369 Woodland Circle, Huntington Valley, Pennsylvania 19006 (the "Property').

2. As of today, July 21, 2026, the total amount due to Secured Creditor, in relation to the lien as against the subject real property is approximately $370,273.36.

3. On January 21, 2026, Secured Creditor obtained an Order granting Motion for relief from stay with respect to the Property.  See Order at Docket Entry #71.

4. Secured Creditor is not opposed to the sale of the subject real property so long as the Order authorizing such a sale require that its lien is paid in full by the settlement agent at the time of the real estate closing pursuant to a valid written payoff statement.

5.  Wherefore, the responding Secured creditor requests that any Order permitting the sale of the property be subject to Secured Creditor's claim being paid in full pursuant to a current payoff quote.

Dated: July 22, 2026                                      **HILL WALLACK LLP**


By: /s/ Aleksandra K. Fugate
    Aleksandra K. Fugate, Esq.
    Hill Wallack LLP
    Attorneys for Secured Creditor
    261 Madison Avenue, 9th Floor
    New York, NY 10016
    Email: afugate@hillwallack.com
    Phone: (929) 295-7874

**UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
(PHILADELPHIA)**

|  |  |
|---|---|
| IN RE: | CHAPTER 13 |
| Christopher J Cannon | CASE NO.: 23-13032-DJB |
| Debtor(s). | |

**CERTIFICATE OF SERVICE**

I hereby certify that service was made upon all interested parties, indicated below of LIMITED RESPONSE TO DEBTOR'S MOTION TO SELL REAL PROPERTY for NewRez LLC as servicer Federal Home Loan Mortgage Corporatoin, as Trustee for the benefit of the Freddie Mac Seasoned Credit Risk Transer Trust, Series 2024-2 in the manner indicated below on July 22, 2026:

Christopher J Cannon
3369 Woodland Cir.
Huntingdon Valley, PA 19006
**DEBTOR - VIA REGULAR MAIL**

BRAD J. SADEK
1500 JFK Boulevard Ste 220
Philadelphia, PA 19102
**COUNSEL FOR DEBTOR -VIA ECF**

KENNETH E. WEST
1234 Market Street - Suite 1813
Philadelphia, PA 19107
**TRUSTEE - VIA ECF**

Office of United States Trustee
Robert N.C. Nix Federal Building
900 Market Street Suite 320
Philadelphia, PA 19107
**UNITED STATES TRUSTEE - VIA ECF**

**HILL WALLACK LLP**

By: /s/ Aleksandra K. Fugate
    Aleksandra K. Fugate, Esq.
    Hill Wallack LLP
    Attorneys for Secured Creditor
    261 Madison Avenue, 9th Floor
    New York, NY 10016
    Email: afugate@hillwallack.com
    Phone: (929) 295-7874

4900-6434-2462, v. 1

4900-6434-2462, v. 1